**Electronically Filed
Intermediate Court of Appeals
30025
07-MAR-2011
08:14 AM**

NO. 30025

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DEAN YOUNG, Plaintiff-Appellant,
v.
DAN DUDDEN, Defendant-Appellee


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL CASE NO. 1RC08-1-9942)


SUMMARY DISPOSITION ORDER
(By: Foley, Presiding J., Fujise and Ginoza, JJ.)

Plaintiff-Appellant Dean Young (Young) appeals from the Judgment filed on August 27, 2009 in the District Court of the First Circuit, Honolulu Division (district court).[1]

After a bench trial, the district court entered judgment in favor of Defendant-Appellee Dan Dudden (Dudden) and against Young on Young's claims of bailment, conversion, and interference with prospective business advantage. The district court also awarded attorney's fees and costs to Dudden from Young.

On appeal, Young contends the district court erred by (1) concluding there was no bailment between himself and Dudden, (2) concluding there was no conversion by Dudden, (3) concluding

---

[1] The Honorable Hilary B. Gangnes presided.

that Dudden did not interfere with Young's prospective business advantage, (4) concluding that Young did not incur any damages, (5) concluding that the Landlord-Tenant Code applied, (6) ruling that Young failed to state an exception to the hearsay rule to prove a conversation between a witness and a business associate, and (7) awarding attorney's fees and costs to Dudden.

Upon careful review of the record and the briefs submitted by the parties and having given due consideration to the arguments advanced and the issues raised by the parties, as well as the relevant statutory and case law, we conclude that Young's appeal is without merit.

Therefore,

IT IS HEREBY ORDERED THAT the Judgment filed on August 27, 2009 in the District Court of the First Circuit, Honolulu Division, is affirmed.

DATED:  Honolulu, Hawai'i, March 7, 2011.

On the briefs:

Dean Young,
Plaintiff-Appellant pro se.

Steven Guttman
Miriah Holden
(Kessner Umebayashi Bain &
 Matsunaga)
for Defendant-Appellee.

Presiding Judge

Associate Judge

Associate Judge

2